Daley & Heft, LLP
462 Stevens Avenue, Suite 201
Solana Beach, CA 92075
(858) 755-5666   Fax (858) 755-7870

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARNIE T. PIKE, | Case No. CV-08-8586 AHM (Ex) |
| Plaintiff, | *The Honorable A. Howard Matz, presiding* |
| v. | <u>Civil Rights</u> |
| CITY OF PLACENTIA; A PUBLIC ENTITY DOES 1-10, INCLUSIVE, | ORDER RE GRANTING STIPULATED CONSENT DECREE |
| Defendants. | |

Pursuant to agreement and request by the Parties' Stipulation, and for good cause shown, the Consent Decree is so ordered.

**IT IS SO ORDERED:**

Date: September 29, 2010

_____
Hon. A Howard Matz
Judge of the United States District for
Central District of California

**JS-6**